UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER LOPEZ CALDERON, aka<br>MARIO GARCIA LOBATO, aka<br>ADOLFO BONILLA MESIA, aka<br>JAVIER CALDERON, aka<br>JAVIER CALDERON RODRIGUEZ,<br><br>        Petitioner<br><br>vs.<br><br>D.K. SISTO,<br><br>        Respondent. | Case No. SACV 08-0022-DSF(RC)<br><br><br><br><br><br><br>JUDGMENT |

Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

IT IS ADJUDGED that the petition for writ of habeas corpus is denied and the action is dismissed with prejudice.

DATED: 4/6/09

                                       /s/ Dale S. Fischer
                                 _____
                                   DALE S. FISCHER
                              UNITED STATES DISTRICT JUDGE

R&Rs\08-0022.jud
1/16/09